(*ante*, p. 717), decided herewith.    Present — Rich, Jaycox, Manning, Young and Kapper, JJ.

ETHEL RUBIN, an Infant, by ANNIE RUBIN, Her Guardian ad Litem, Respondent, v. HARRY PICKEL and Another, Appellants.— Judgment unanimously affirmed, with costs.    The case was submitted to the jury as to the defendant father solely upon the question whether he was guilty of negligence in permitting the operation of the automobile by his son, who was under eighteen years of age.    The defendant father acceded to this submission.    There was no exception to the charge.    We think, under the circumstances, that we ought not to interfere with the verdict on the ground that there is a variance between pleading and proof.    If the attention of the trial court had been called to the matter in any way, the complaint could have been amended so as to conform to the evidence, if any such amendment was necessary.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ANNIE RUBIN, Respondent, v. HARRY PICKEL and Another, Appellants.— Judgment unanimously affirmed, with costs, on authority of *Rubin* v. *Pickel* (*ante*, p. 720), decided herewith.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

CHARLES A. SCHALLER, Respondent, v. PITTS MOTORS, INC., Appellant.— Judgment and order unanimously affirmed, with costs.    Martino was an employee of the defendant, and was engaged in defendant's business at the time of the accident.    The terms of his employment, whereby defendant allowed him a weekly sum for gasoline consumed by his automobile, show that the use of his car was adopted by defendant, and that it was contemplated that the car should be used in defendant's business.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MURIEL SHARP, Respondent, v. CLENDENIN J. RYAN, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

JAMES A. STILLMAN, Appellant, v. ANNE U. STILLMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.    No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

JESSE I. STONE, Respondent, v. EARNEST R. ECKLEY, Appellant.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

PATRICK J. SULLIVAN, Appellant, v. FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK and Another, Respondents.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CARL A. SWANSON, Appellant, v. EUGENIA SWENSSON, as Executrix, etc., Defendant, Impleaded with CHARLES D. MILLARD, as Executor, etc., of EMMA S. PAINE, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

UPPERCU CADILLAC SALES CORPORATION, Respondent, v. BURT A. RUSSELL, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ALBERT VAN NOSTRAND, Respondent, v. DWIGHT-MURRAY REALTY COMPANY